**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

William D. Jernigan IV,

Plaintiff,

v.

Navy Federal Credit Union; et al.,

Defendants.

Case No. 2:26-cv-01580-RFB-DJA

**Order**

Under 28 U.S.C. § 1915 Plaintiff is proceeding in this action *pro se* and has requested authority to proceed *in forma pauperis*. (ECF No. 5). Plaintiff previously submitted a complaint that he did not sign. (ECF No. 3). Plaintiff has not filed a signed complaint as required by the Court. (ECF No. 4). Because the Court finds that Plaintiff's application is complete, it grants the application to proceed *in forma pauperis.* However, because Plaintiff has not signed his complaint, the Court cannot and will not screen it. The Court will therefore strike Plaintiff's complaint and give Plaintiff thirty days to file a signed complaint.

**I. *In forma pauperis* application.**

Plaintiff filed the affidavit required by § 1915(a). (ECF No. 5). Plaintiff has shown an inability to prepay fees and costs or give security for them. Plaintiff attaches an affidavit explaining that he is unemployed and has no bank accounts, cash, property, or investments and that he has no bills because he is living with an individual who covers those expenses for him. Plaintiff also lists his debts, which he asserts he is currently not paying. Accordingly, the request to proceed *in forma pauperis* will be granted under 28 U.S.C. § 1915(a). The Court will now review Plaintiff's complaint.

**II. Plaintiff's complaint.**

Under Federal Rule of Civil Procedure 11(a), "[e]very pleading, written motion, and other paper must be signed by… a party personally if the party is unrepresented." That rule

provides that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the…party's attention." Fed. R. Civ. P. 11(a). Here, although the Court informed Plaintiff that his complaint was unsigned and ordered him to file a signed complaint by June 29, 2026, Plaintiff has not filed a signed complaint. The Court will therefore strike his complaint and give him thirty additional days to file a signed complaint.[1]

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is **granted.** Plaintiff shall not be required to pre-pay the filing fee. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of a security therefor. This order granting leave to proceed *in forma pauperis* shall not extend to the issuance and/or service of subpoenas at government expense.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **strike** Plaintiff's complaint (ECF No. 3).

**IT IS FURTHER ORDERED** that Plaintiff shall have until **November 4, 2026,** to file a signed complaint for the Court to screen. **Plaintiff is advised that his failure to timely comply with this order may result in the recommended dismissal of this case.**

DATED: October 5, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] The assigned magistrate judge issues this as an order and not a report and recommendation because although the assigned magistrate judge strikes the unsigned complaint, the assigned magistrate judge also gives leave for Plaintiff to file a signed complaint, and so does not dispose of Plaintiff's claims or deny him any ultimate relief sought. *See S.E.C. v. CMKM Diamonds, Inc.*, 729 F.3d 1248, 1260 (9th Cir. 2013) (explaining the difference between a dispositive motion and a nondispositive motion for purposes of magistrate judge jurisdiction); *see Bastidas v. Chappell*, 791 F.3d 1155, 1165 n.8 (9th Cir. 2015) (explaining that a magistrate judge's order directing the clerk to strike a motion to dismiss, which order was without prejudice, was a "quintessential housekeeping matter[]" and so the magistrate judge was authorized to issue it). However, if Plaintiff disagrees, he has the right to file an objection to this determination with the assigned district judge. *See Bastidas*, 791 F.3d at 1162.